PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIS D. LAWRENCE,<br><br>             Plaintiff,<br><br>     v.<br><br>CHRISTINE WORMUTH, Secretary, Department of the Army,<br><br>             Defendant. | Case No. 2:23-cv-01717-TLN-JDP<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE TO FIRST AMENDED COMPLAINT** |

The parties to this action hereby stipulate and request the Court order that the time for Defendant to file its response to Plaintiff's First Amended Complaint (ECF No. 12) be extended to May 3, 2024.  The Stipulation is based upon the following facts:

1. On January 29, 2024, Defendant filed its Motion to Dismiss (ECF No. 7).

2. By Minute Order dated February 8, 2024 (ECF No. 9), the Court extended to March 28, 2024, the time for Plaintiff to respond to the Motion to Dismiss.

3. After meeting and conferring, counsel for the parties entered a stipulation (ECF No. 10) to grant Plaintiff leave to file an amended complaint in lieu of an opposition to the Motion to Dismiss.  By Minute Order filed March 28, 2024 (ECF No. 11), the Court granted Plaintiff leave to file an amended complaint and ordered that Defendant shall have 21 days from filing to respond to the amended complaint.

4. Plaintiff filed a First Amended Complaint for Damages (ECF No. 12) on March 29, 2024. Considering the extensive changes from the original pleading, Defendant has requested, and Plaintiff has agreed, to an additional fourteen (14) days for the filing of Defendant's response to the First Amended Complaint.

Accordingly, the parties request that the Court set May 3, 2024, as the deadline for filing of Defendant's response to the First Amended Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 17, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|  | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated: April 17, 2024 | LAW OFFICE OF JEREMY L. FRIEDMAN |
|  | [Authorized April 17, 2024] |
|  | /s/ Jeremy L. Friedman<br>JEREMY L. FRIEDMAN<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: April 18, 2024

Troy L. Nunley
United States District Judge