MICHELE BECKWITH
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIS D. LAWRENCE,<br><br>                    Plaintiff,<br><br>     v.<br><br>DANIEL DRISCOLL, Secretary, Department of the Army,<br><br>                    Defendant. | Case No. 2:23-cv-01717-TLN-JDP<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE TO SECOND AMENDED COMPLAINT** |

The parties to this action stipulate and request that the Court order the time for Defendant to file a response to Plaintiff's Second Amended Complaint (ECF No. 27) be extended by fourteen (14) days, to May 28, 2025.  The Stipulation is based upon the following facts:

1. On May 3, 2024, Defendant filed its Motion to Dismiss First Amended Complaint (ECF No. 16), which was submitted on the papers without oral argument.

2. On March 24, 2025, the Court filed its Order (ECF No. 26), granting in part and denying in part Defendant's Motion.  The Order permitted Plaintiff to file an amended complaint within thirty (30) days and required Defendant to file a responsive pleading not later than twenty-one (21) days from the filing date of the amended complaint.  (ECF No. 26, at p. 16).

3. Plaintiff filed a Second Amended Complaint for Damages (ECF No. 27) on April 23, 2025. Pursuant to the Order, Defendant's response is due on May 14, 2025.

4. Defendant has requested additional time to consult with Department of the Army personnel regarding the allegations contained in Plaintiff's Second Amended Complaint.

5. Counsel for the parties have conferred and request that the time for Defendant to file its response to the Second Amended Complaint be extended by fourteen (14) days, to May 28, 2025.

Accordingly, the parties request that the Court set May 28, 2025, as the deadline for filing Defendant's response to Plaintiff's Second Amended Complaint.

Respectfully submitted,

Dated: May 13, 2025

MICHELE BECKWITH
Acting United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: May 13, 2025

LAW OFFICE OF JEREMY L. FRIEDMAN

[Authorized May 13, 2025]

 /s/ Jeremy L. Friedman
JEREMY L. FRIEDMAN
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated: May 14, 2025

Troy L. Nunley
Chief United States District Judge