Jeremy L. Friedman, CA Bar No. 142659
LAW OFFICE OF JEREMY L. FRIEDMAN
2801 Sylhowe Road
Oakland, CA 94610
Tel: (510) 530-9060
Fax: (510) 530-9087
Email: jlfried@comcast.net

Attorney for plaintiff Demetris Lawrence

MICHELE BECKWITH
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIS D. LAWRENCE,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL DRISCOLL, Secretary, Department of the Army,<br><br>    Defendant. | Case No. 2:23-cv-01717-TLN-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Troy L. Nunley<br><br>Trial Date: None Set |

**JOINT STIPULATION**

    Plaintiff Demetris Lawrence and Defendant Daniel Driscoll, Secretary of the Department of the Army, by and through their attorneys of record, hereby submit this Joint Stipulation pursuant to Civil Local Rule 144(a) to set a briefing schedule on Defendant's Motion to Dismiss Second Amended Complaint (ECF 30), based upon the following facts.

    WHEREAS:

(1) On March 24, 2025, the Court entered on Order (ECF 26), denied in part and granted in part Defendant's motion to dismiss the first amended complaint, dismissing plaintiff's claims of retaliation and hostile work environment with leave to file a second amended complaint;

(2) On April 23, 2025, Plaintiff filed a second amended complaint (ECF 27), including an exhibit (ECF 27-1) showing the additional allegations made to the first amended complaint;

(3) On May 28, 2025, after a stipulated extension of time (ECF 29), Defendant responded to the second amended complaint by filing a motion to dismiss (ECF 30),

(4) To accommodate the scheduling conflicts of Plaintiff's counsel, including trials starting on July 14, 2025, and on August 18, 2025, Defendant set the hearing on the motion for September 18, 2025;

(5) On June 9, 2025, Plaintiff's counsel and counsel for Defendant exchanged communications regarding Plaintiff's request to continue the due date for responding to the motion until August 28, 2025, to avoid those and other scheduling conflicts;

(6) The parties have conferred and now desire to enter the stipulation and joint request that the Court extend the time until August 28, 2025 for plaintiff to file her response to Defendant's motion.

NOW THEREFORE, it is hereby stipulated by and between the parties, and so jointly requested, that Plaintiff shall have until August 28, 2025, to respond to Defendant's motion.

**IT IS SO STIPULATED**.

Respectfully Submitted,

Date: June 9, 2025

LAW OFFICE OF JEREMY L. FRIEDMAN

By: /s/Jeremy L. Friedman
Jeremy L. Friedman

Attorney for plaintiff Demetris D. Lawrence

Date: June 9, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

Pursuant to the stipulation of the parties, and for good cause showing, the Court enters the following Order, Plaintiff shall have until August 28, 2025, to respond to Defendant's motion to dismiss the first amended complaint.

**IT IS SO ORDERED**

Date: June 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE