Jeremy L. Friedman, CA Bar No. 142659
LAW OFFICE OF JEREMY L. FRIEDMAN
2801 Sylhowe Road
Oakland, CA 94610
Tel: (510) 530-9060
Fax: (510) 530-9087
Email: jlfried@comcast.net

Attorney for plaintiff Demetris Lawrence

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIS D. LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE WORMUTH, Secretary, Department of the Army,<br><br>　　　　Defendant. | Case No. 2:23-cv-01717-TLN-JDP<br><br>**ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S PARTIAL MOTION TO DISMISS** |

　　Pursuant to plaintiff's unopposed *ex parte* application, and for good cause showing, the late application is GRANTED. Plaintiff shall have until December 22, 2025, to respond to Defendant's partial motion to dismiss (ECF No. 30). Defendant may file and serve a reply no later than January 9, 2026. The motion will then stand SUBMITTED without oral argument.

　　**IT IS SO ORDERED.**

Dated: October 27, 2025

_____
Troy L. Nunley
Chief United States District Judge