Jeremy L. Friedman, CA Bar No. 142659
LAW OFFICE OF JEREMY L. FRIEDMAN
2801 Sylhowe Road
Oakland, CA 94610
Tel: (510) 530-9060
Fax: (510) 530-9087
Email: jlfried@comcast.net

Attorney for plaintiff Demetris Lawrence

ERIC GRANT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: dean.carter@usdoj.gov
Telephone: (916) 554-2781
Facsimile: (916) 554-2900

Attorneys for Defendant Daniel Driscoll

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIS D. LAWRENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL DRISCOLL, Secretary,<br>Department of the Army,<br><br>        Defendant. | Case No. 2:23-cv-01717-TLN-JDP<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Troy L. Nunley<br><br>Trial Date: None Set |

**JOINT STIPULATION**

Plaintiff Demetris Lawrence and Defendant Daniel Driscoll, Secretary of the Department of the Army, by and through their attorneys of record, hereby submit this Joint Stipulation and proposed order that would extend the time until June 18, 2026, for plaintiff to file an opposition to defendant's motion for summary judgment. This stipulation is based upon the following.

WHEREAS:

(1) On May 27, 2026, the parties attended a settlement conference before Magistrate Judge Chi Soon pursuant to the Court's Order of Reference, but the case did not settle (*see* ECF Nos. 42, 43 and 47);

(2) On May 28, 2026, Defendant filed a Motion for Summary Judgment based upon a theory of judicial estoppel arising in connection with Plaintiff's prior Chapter 13 case, setting a hearing on the summary judgment motion for July 9, 2027 (ECF 48);

(3) Under Local Rule 230(c), Plaintiff's Opposition to the Motion for Summary Judgment is currently due on June 11, 2026, but the parties have conferred and Defendant agrees to stipulate, subject to approval by the Court, that Plaintiff may have until June 18, 2026, in which to oppose the summary judgment motion;

NOW THEREFORE**,** it is hereby stipulated by and between the parties, and so jointly requested, that the briefing on the Motion for Summary Judgement be adjusted so that Plaintiff may have until June 18, 2026, in which to oppose the motion. **IT IS SO STIPULATED**.

Respectfully Submitted,

Date: June 11, 2026                    LAW OFFICE OF JEREMY L. FRIEDMAN

By: /s/Jeremy L. Friedman
Jeremy L. Friedman
Attorney for plaintiff Demetris D. Lawrence

Date: June 11, 2026                    ERIC GRANT
United States Attorney

By: /s/ W. Dean Carter
W. DEAN CARTER
Assistant U.S. Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, and for good cause showing, Plaintiff may have until June 18, 2026, in which to file a response to Defendant's Motion for Summary Judgment (ECF 48).

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____
Troy L. Nunley
Chief United States District Judge